NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ESTATE OF JASON ALLEN SMALLWOOD,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

———————————

2017-1915

———————————

Appeal from the United States Court of Federal Claims in No. 1:16-cv-00700-CFL, Judge Charles F. Lettow.

———————————

**JUDGMENT**

———————————

JONATHAN BRYAN KELLY, Jonathan Kelly & Associates, Raleigh, NC, argued for plaintiff-appellant.

NATHANAEL YALE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.; SHESSY DAVIS, Litigation Division, United States Army Judge Advocate General's Corps, Ft. Belvoir, VA; WILLIAM KLOTZBUCHER, Office of

General Counsel, United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

  April 5, 2018  
Date

/s/ Peter R. Marksteiner  
Peter R. Marksteiner  
Clerk of Court